# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Danh Thay, | Civil No. 18-cv-0280 (SRN/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Kirstjen Nielsen, et al., | |
| Respondents. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 30, 2018 [Doc. No. 9], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED AS MOOT**.

2. This action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 20, 2018

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge